UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN VALENCIA,<br><br>                Plaintiff,<br><br>v.<br><br>BULMARO PEREZ CORDOVA, et al,<br><br>                Defendants. | Case No. 2:25-cv-07127-MAR<br><br>ORDER STAYING ACTION PENDING FINAL SETTLEMENT AND FILING OF DISMISSAL |

     Having been advised by counsel that the above-entitled case has been settled (Dkt. 8, Notice of Settlement), the Court hereby orders all proceedings in the case stayed and taken off calendar, thereby removing this case from the Court's active caseload. The parties shall file a Stipulation of Dismissal within 30 days (the "Dismissal Date") of this order. If no dismissal is filed, the Court deems the matter dismissed at that time. The Court retains jurisdiction for 30 days to vacate this order and reopen the case upon a written showing of good cause that the settlement has not been completed.

**IT IS SO ORDERED.**
Dated: September 19, 2025

_____
MARGO A. ROCCONI
United States Magistrate Judge